UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES EARL LINDSEY,

    Plaintiff,

v.

AMERICAN AIRLINES, INC.,

    Defendant.

Case No. 24-cv-01440-RS

**ORDER GRANTING LEAVE TO FILE SECOND AMENDED COMPLAINT**

On September 25, 2024, Plaintiff Lindsey filed a motion for leave to file his Second Amended Complaint ("SAC"). *See* Dkt. No. 49. On September 30, 2024, Defendant American Airlines filed a statement of non-opposition to Plaintiff's motion for leave to file the SAC and requesting 30 days from the filing of the SAC to respond. *See* Dkt. No. 50.

Pursuant to the above motions and Fed. R. Civ. P. 15(a), Plaintiff Lindsey is granted leave to file his Second Amended Complaint. Plaintiff is directed to file his SAC. Defendant will have 30 days from the filing of Lindsey's SAC to respond.

**IT IS SO ORDERED**.

Dated: October 2, 2024

_____
RICHARD SEEBORG
Chief United States District Judge