```
Tina I. Mangarpan, Esq., Bar No. 117898
Jeffrey S. Behar, Esq., Bar No. 81565
Katherine M. Harwood, Esq., Bar No. 225202
FORD, WALKER, HAGGERTY & BEHAR
One World Trade Center, Twenty-Seventh Floor
Long Beach, California  90831-2700
Tele: (562) 983-2500; Fax: (562) 983-2555
jbehar@fwhb.com; tina@fwhb.com; kharwood@fwhb.com
```

Attorneys for Defendant, AMERICAN AIRLINES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES EARL LINDSEY,<br><br>          Plaintiff,<br><br>Vs.<br><br>AMERICAN AIRLINES, INC.,<br><br>          Defendant. | Case No. 3:24-cv-01440-RS<br><br>ORDER<br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff James Earl Lindsey and Defendant American Airlines, Inc. that the above-captioned action is voluntarily dismissed, with prejudice, and with each party to bear his or its own costs and attorneys' fees, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated: January 8, 2025

Respectfully submitted,

BY:  /S/ James Earl Lindsey
Plaintiff In Pro Per,
JAMES EARL LINDSEY

Dated: January 8, 2025

Respectfully submitted,

FORD, WALKER, HAGGERTY & BEHAR

BY:  /S/ Tina I. Mangarpan
    JEFFREY S. BEHAR
    TINA I. MANGARPAN
    KATHERINE M. HARWOOD
    Attorneys for Defendant,
    AMERICAN AIRLINES, INC.

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Tina I. Mangarpan, attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: January 8, 2025    FORD, WALKER, HAGGERTY & BEHAR

BY:  /S/ Tina I. Mangarpan
    JEFFREY S. BEHAR
    TINA I. MANGARPAN
    KATHERINE M. HARWOOD
    Attorneys for Defendant,
    AMERICAN AIRLINES, INC.

After considering the Stipulation for Dismissal with Prejudice of counsel, IT IS HEREBY ORDERED THAT:

1. The operative Complaint is dismissed with prejudice;
2. Each party to bear her or its own costs and attorneys' fees.

DATED: January 8, 2025

_____
RICHARD SEEBORG,
Chief United States District Judge